[No. 4845–1. Division One. December 12, 1977.]

THE CITY OF BURLINGTON, *Respondent*, v. RENSLER CLAYTON SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 3962, Walter J. Deierlein, Jr., J., entered June 21, 1976. *Reversed* by unpublished per curiam opinion.

[No. 5259–1. Division One. December 12, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. SHIRLEY ANN BOSLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 78045, Peter K. Steere, J., entered December 17, 1976. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James and Andersen, JJ.

[No. 2784–2. Division Two. December 12, 1977.]

KIRK MORTENSEN, ET AL, *Respondents*, v. LESTER POLLART, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 67375, Tyler C. Moffett, J., entered February 3, 1977. *Affirmed in part* and *remanded* by unpublished opinion per Reed, A.C.J., concurred in by Petrie, J., and Johnson, J. Pro Tem.